**Earl A. BATES Jr., Plaintiff–Appellant,**

v.

**MURDY, Ind., Trooper, Delagais, Trooper, Official Capacity, Defendants–Appellees.**

**No. 09–4618–pr.**

United States Court of Appeals, Second Circuit.

June 30, 2010.

Earl A. Bates Jr., pro se, Newton, CT, for Appellant.

Richard Blumenthal, Attorney General of the State of Connecticut; Robert B. Fiske, III, Lynn D. Wittenbrink, Assistant Attorneys General, Hartford, CT, for Appellee.

PRESENT: ROGER J. MINER, JOSÉ A. CABRANES, and RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

Appellant Earl A. Bates, Jr., *pro se,* alleged that appellees, two Connecticut State Troopers, used excessive force during his arrest on the night of August 1, 2005. He brought suit against the officers pursuant to 42 U.S.C. § 1983. After a trial at which a jury returned a verdict for the appellees, the District Court entered judgment in appellees' favor on October 7, 2009.

Appellant now appeals the District Court's judgment. We assume the parties' familiarity with the underlying facts and procedural history.

Pursuant to Fed. R.App. P. 10(b), it is the appellant's duty to "order from the reporter a transcript of such parts of the

proceedings not already on file as the appellant considers necessary ... [or] file a certificate stating that no transcript will be ordered." Fed. R.App. P. 10(b)(1)(A) and (B); *see also* Fed. R.App. P. 10(b)(2). These transcripts are necessary for meaningful appellate review. This appeal is therefore DISMISSED WITHOUT PREJUDICE to reinstatement provided that appellant, within 30 days of the date of this order, provides this Court with: (1) the trial transcript; (2) proof that he has ordered the trial transcript; or (3) proof that he has moved in the district court for a free trial transcript. Upon timely filing of a transcript in the record on appeal, the Clerk is directed to automatically reinstate this appeal. Within 30 days of the reinstatement of the appeal, the appellant shall file a supplemental brief referring to the pages of the transcript that support the claims for which he seeks appellate review. Appellees will have 30 days within which to respond to the supplemental brief.

## CONCLUSION

For the reasons stated above, this appeal is DISMISSED WITHOUT PREJUDICE to reinstatement. If the appeal is reinstated, it shall be referred to another merits panel in the normal course.